UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA HERR GANN,

    Plaintiff,

v.

CROWN MANAGEMENT, INC.,

    Defendant.

Case No. 08-cv-643-JPG

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

By:s/Deborah Agans, Deputy Clerk

**Dated: December 5, 2008**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**